NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATASHA COLLINS,**
*Plaintiff-Appellant*

**v.**

**SMALL BUSINESS ADMINISTRATION, Restaurant Revitalization Fund,**
*Defendant-Appellee*

---

2025-1351

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in No. 2:22-cv-04104-JP, Judge John R. Padova.

---

**ON MOTION**

---

Before LOURIE, CHEN, and STARK, *Circuit Judges.*

PER CURIAM.

## O R D E R

Natasha Collins filed this suit seeking to compel the Small Business Administration (SBA) to grant her application for economic aid under the Restaurant Revitalization Fund program. The United States District Court for the

　　　　　　　　　　　　　　　　　　　　　COLLINS v. SBA

Eastern District of Pennsylvania dismissed her complaint. She then filed an appeal directed to this court. In response to our show cause order, the SBA urges dismissal, while Ms. Collins asks for relief on the merits and moves "for expedited appeal." ECF No. 23 at 2.

This court's jurisdiction to review district court cases is generally limited to cases involving the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id*. § 1295(a)(4)(C); and cases involving certain damages claims against the United States "not exceeding $10,000 in amount," *id*. § 1346(a)(2), *see id*. § 1295(a)(2). This case does not fall within that jurisdiction. Lacking jurisdiction, we deem it appropriate under the circumstances to transfer this appeal to the United States Court of Appeals for the Third Circuit. *See* 28 U.S.C. §§ 41, 1291, 1294, 1631.

Accordingly,

IT IS ORDERED THAT:

The appeal and all its filings are transferred to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 22, 2026
　　Date